JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| 7260 REALTY INVESTORS, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 17-1148-DSF (JPRx) |
| HAKAN ISIK et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                        United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☒ Other: Removal is improper because Plaintiff could not have initiated this unlawful-detainer action in federal court.

Comments:
See attached proposed remand order.

2/15/17                     /s/ [signature]
_____   _____
Date                        United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:  ☐ DISMISSED.
☒ REMANDED.

2/16/17                     /s/ Dale S. Fischer
_____   _____
Date                        United States District Judge